UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Joshua Thomas Brooks,

Plaintiff,

v.

United States of America (Department of Defense), University of Pittsburgh Medical Center (UPMC), Intel Corporation, John Does 1–50,

Defendants.

Case No. 2:25-cv-435

**FILED**

MAR 31 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Joshua Thomas Brooks, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 5.2(d) and applicable Local Rules, to authorize the sealing of Plaintiff's original filing and associated documentation. Plaintiff requests that the Court seal these filings due to the sensitive nature of the allegations, the inclusion of private medical information, and details involving potentially classified or proprietary biotechnology.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff's complaint and associated filings contain sensitive, confidential, and highly personal medical information.

2. Plaintiff's claims involve advanced biotechnology and alleged unauthorized experimentation, potentially implicating national security, proprietary technology, and sensitive governmental and corporate records.

3. Disclosure of this information in public court records could cause irreparable harm, invade Plaintiff's privacy, compromise proprietary technologies, or potentially impact national security interests.

4. Plaintiff's privacy interests and potential harm from disclosure substantially outweigh any public interest in immediate public disclosure at this preliminary stage.

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Grant Plaintiff's Motion to Seal;

b. Order that Plaintiff's original filing, including any attached exhibits or documents, remain under seal until further order of the Court; and

c. Provide any further relief the Court deems just and proper under the circumstances.

Respectfully submitted,

Joshua Thomas Brooks

3431 Bethoven St.

Pittsburgh, PA 15219

Phone: +1 412-849-0522

Email: jtbrooks210@gmail.com

Pro Se Plaintiff

Date: 3/31/2025

CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Motion was filed with the Court, and a copy will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Joshua Thomas Brooks

Date: 3/31/2025

*[signature]*